**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 00-6223**

───────────────

In Re: PATRICK LAMAR HARRIS,

                                        Petitioner.


───────────────

On Petition for Writ of Mandamus.  (CR-94-297)

───────────────

Submitted:  July 27, 2000            Decided:  August 9, 2000

───────────────

Before MURNAGHAN, WILKINS, and KING, Circuit Judges.

───────────────

Petition denied by unpublished per curiam opinion.

───────────────

Patrick Lamar Harris, Petitioner Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Patrick Harris filed this mandamus petition seeking an order directing the district court to act on a 28 U.S.C.A. § 2255 (West Supp. 2000) motion.  Shortly after this mandamus petition was received, the district court entered an order denying Harris's motion.  In light of the district court's recent action, we deny the request for mandamus relief as moot.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2